**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00925-MSK-MEH

TODD GIVENS, and
DEANNA GIVENS,

         Plaintiffs,

v.

CENTRAL CREDIT SERVICES, INC., a Florida corporation,

         Defendant.

---

**NOTICE OF DISMISSAL WITH PREJUDICE**

      **COMES NOW** the Plaintiffs by their undersigned attorney of record who hereby notifies the Court that the parties have settled this case and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure hereby dismisses this case with prejudice and on the merits pursuant hereto with each party to pay his, her or its own attorney's fees and costs.

Dated: May 23, 2007.

                         s/ David M. Larson
                        David M. Larson, Esq.
                        Attorney for the Plaintiff
                        405 S. Cascade Avenue Suite 305
                        Colorado Springs, CO 80903
                        (719) 473-0006